# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Xun F. Lin, Xian Mei Chen, Xun : 
Jing Lin, Mei L. Liu, Bao Yin : 
Huang, Jian Zhen Liu, and : 
Chang Pine Yang, : 
                Appellants : 
            : 
       v. : 
            : 
The Board of Revision of Taxes : 
of The City of Philadelphia :   No. 1261 C.D. 2015

# **O R D E R**

AND NOW, this 25th day of April, 2016, the opinion filed February 24, 2016, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

 

_____

DAN PELLEGRINI, Senior Judge